Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUGUSTINE OLOBIA, <br><br> Defendant. | No. CR19-073-RSL <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture seeking to forfeit, to the United States, Defendant Augustine Olobia's interest in the following property:

> A sum of money in the amount of $500,000.00 (Five Hundred Thousand Dollars), representing the proceeds the Defendant obtained from Wire Fraud, in violation of 18 U.S.C. § 1343. The United States will request that the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum toward the restitution that is ordered in this case. Likewise, any money that the defendant pays toward restitution will be credited toward satisfaction of the above ordered sum of money.

The Court, having reviewed the record, FINDS:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       The Defendant was charged by an Information that included a forfeiture allegation providing notice that the United States was seeking, pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c), the forfeiture of a sum of money representing any property constituting or derived from proceeds traceable to Wire Fraud, in violation of 18 U.S.C. § 1343, and to which the Defendant pled guilty (Dkt. Nos. 4, 10);

      In his Plea Agreement, the Defendant agreed to forfeit a sum of money, pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c), reflecting the proceeds he obtained as a result of Wire Fraud (Dkt. No. 10, ¶ 18);

      The evidence in the record, including information contained within the Plea Agreement, has established the requisite nexus between the above-described sum of money and an offense of conviction, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(1)(B); and

      Fed. R. Crim. P. 32.2(c)(1) provides "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

THEREFORE, THE COURT ORDERS:

1)     Pursuant to 18 U.S.C. § 982(a)(2)(A), 28 U.S.C. § 2461(c), and his Plea Agreement, the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2)     No right, title or interest in the identified sum of money exists in any party other than the United States;

3)     Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

4)     Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this forfeited sum of money, in whole or in part, the United States may move to amend this Order, at any time, to substitute property having a value not to exceed the amount of this sum of money; and,

///

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 4th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov